**CEM**

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

**FILED**
**JANUARY 18, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 462**

In the Matter of                                          Case Number:

MICHAL NAWROT
V.
COUNTY OF COOK, THOMAS DART, SHERIFF OF COOK
COUNTY, and COOK COUNTY SHERIFF'S DEPARTMENT

**JUDGE ST. EVE**
**MAGISTRATE JUDGE KEYS**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MICHAL NAWROT, PLAINTIFF

| | |
|---|---|
| NAME (Type or print) | |
| JAMES R. ROWE | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ JAMES R. ROWE | |
| FIRM | |
| THE LAW FIRM OF ROWE & ASSOCIATES | |
| STREET ADDRESS | |
| 205 W. RANDOLPH, SUITE 1430 | |
| CITY/STATE/ZIP | |
| CHICAGO, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6279720 | 312-345-1357 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐