## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| MICHAL NAWROT, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 462 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Amy St. Eve |
| COUNTY OF COOK, ILLINOIS, a | ) | |
| Municipal corporation, THOMAS DART, | ) | Magistrate Judge |
| SHERIFF OF COOK COUNTY, in his official | ) | |
| Capacity, and COOK COUNTY SHERIFF'S | ) | |
| DEPARTMENT, a municipal corporation. | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD

NOW COMES Defendant, TOM DART, SHERIFF OF COOK COUNTY by his attorney RICHARD A. DEVINE, State's Attorney of Cook County, through his assistant, JAMIE M. SHEEHAN, and, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure (FRCP), states as follows:

Assistant State's Attorney Jamie M. Sheehan was assigned this case on February 1, 2008.

Plaintiff alleges in this § 1983 suit that though he had posted bail he was held on an immigration warrant in excess of the time allowed under 8 C.F.R. 287.7(d).

That certain documents are necessary to prepare a proper answer or other pleading to Plaintiff's allegations in his complaint. These documents have been requested and will not be received for at least 60 days.

**WHEREFORE YOUR DEFENDANTS PRAY:**

1.  That this Honorable Court grant an enlargement of time, up to and including April

       7, 2008, for the Defendant to answer or otherwise plead;

2.      That this Honorable Court grant any other relief it deems just.

                Respectfully Submitted,

                RICHARD A. DEVINE
                State's Attorney of Cook County

By:    S/ Jamie M. Sheehan
        Jamie M. Sheehan
        Torts/Civil Rights Litigation Section
        500 Richard J. Daley Center
        Chicago, IL 60602
        (312) 603-6772