CERTIFICATE OF SERVICE

      I, Jamie M. Sheehan, Assistant State's Attorney, hereby certify that the attached motion was served upon the person named above via electronic filing on February 8, 2008, as provided by CM/ECF.

                                                              S/ Jamie M. Sheehan

Case 1:08-cv-00462   Document 7-2   Filed 02/08/2008   Page 1 of 1