# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                Case Number: 08 C 462

MICHAEL NAWROT
            Plaintiff,
   v.                                                                            Judge Amy J. St. Eve

SHERIFF OF COOK COUNTY, AND COOK COUNTY,
        Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Sheriff of Cook County, Tom Dart and the County of Cook

| | |
|---|---|
| Name Jamie M. Sheehan | |
| SIGNATURE s/Jamie M. Sheehan | |
| FIRM   COOK COUNTY STATE'S ATTORNEY'S OFFICE | |
| STREET ADDRESS   500 RICHARD J. DALEY CENTER | |
| CITY/STATE/ZIP   CHICAGO, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06257647 | TELEPHONE NUMBER<br>(312) 603-6772 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐ | |