IN THE UNITED STATES DISRICT COURT
NORTHERN DISRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MICHAL NAWROT,<br>　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF COOK, ILLINOIS, a<br>municipal corporation,  THOMAS<br>DART, SHERIFF OF COOK COUNTY,<br>in his official capacity, and<br>COOK COUNTY SHERIFF'S DEPARTMENT,<br>a municipal corporation.<br>　　Defendants. | No. 08 C 462<br>Judge St. Eve<br>Mag. Judge Keys |

**JOINT INITIAL STATUS REPORT**

1. The Nature of the Case

　　A. Identify the attorneys of record for each party, including the lead trial attorney.
　　　　**Plaintiff's Attorney:**　　**James Rowe**
　　　　　　　　　　　　　　　　　　**The Law Firm of Rowe & Associates**
　　　　　　　　　　　　　　　　　　**205 W. Randolph, Suite 1430**
　　　　　　　　　　　　　　　　　　**Chicago, Illinois 60606**

　　　　**Defendants' Attorney:**　**Office of the States Attorney**
　　　　　　　　　　　　　　　　　　**Jamie Sheehan**
　　　　　　　　　　　　　　　　　　**Torts & Civil Rights Litigation Section**
　　　　　　　　　　　　　　　　　　**500 Richard J. Daley Center**
　　　　　　　　　　　　　　　　　　**Chicago, Illinois 60602**

　　B. State the basis for federal jurisdiction.
　　　　　　**42 U.S.C. §1983 and 8 CFR 287.7(d)**
　　C. Describe the nature of the claims asserted in the complaint and any counterclaims.
　　　　　　**Plaintiff makes a claim against Defendants for False Imprisonment, Intentional & Negligent Infliction of Emotional Distress, Denial of Equal Protection and Due Process.**

　　D. State the major legal and factual issues in the case.
　　　　　　**Plaintiff alleges that Defendants continued to detain Plaintiff at the Cook County Jail for a period of time in excess of 48hours beyond the time he posted bond, in violation of 8 CFR 27.7(d).**

      E. Describe the relief sought by the plaintiff(s).
              **Actual, Compensatory, & Punitive Damages**

2. Pending Motions and Case Plan

    A. Identify All Pending Motions
        **None at this time.**

    B. Submit a proposal for a discovery plan, including the following information:
        (A). The type of discovery needed;
            **Written discovery (Interrogatories, Requests to Produce, and/or Requests to Admit) and Depositions.**

        (B). A date for Rule 26(a)(1) disclosures;
            **March 31, 2008**
        (C). A fact discovery completion date;
            **June 30, 2008**
        (D). An expert discovery completion date, including dates for the delivery of expert reports;
            **July 31, 2008**
        (E). A date for the filing of dispositive motions; and
            **August 15, 2008**
        (F). A date for the filing of a final pretrial order.
            **September 15, 2008**

    C. With respect to trial, indicate the following:
        A. Whether a jury trial is requested;
            **Plaintiff has made a demand for trial by jury.**

        B. The probable length of trial; and
            **Approximately 3 days.**

        C. When the case will be ready for trial.
            **October 20, 2008**

3. Consent to Proceed Before a Magistrate Judge
        **The parties do not unanimously consent to proceed before a Magistrate Judge.**

4. **Status of Settlement Discussions**
    A. Indicate whether any settlement discussions have occurred;
        **Defendant tendered an offer pursuant to Rule 68; Plaintiff rejected.**

    B. Describe the status of any settlement discussions; and

**Ongoing.**

C. Whether the parties request a settlement conference.
**The parties request a settlement conference.**

Respectfully submitted,

MARCH 12, 2008

__/s/ James R. Rowe_____     ___/s/ Jamie Sheehan_____
Counsel for Plaintiff                          Counsel for Defendants
James R. Rowe                                  Jamie Sheehan
The Law Firm of Rowe & Associates              Cook County State's Attorneys' Office
205 West Randolph, Suite 1430                  Torts & Civil Rights Litigation Section
Chicago, Illinois 60606                        500 Richard J. Daley Center
312/345-1357tel                                Chicago, Illinois 60602
                                               312/603-6772