**IN THE UNITED STATES DISRICT COURT**
**NORTHERN DISRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| MICHAL NAWROT, | ) | |
|     Plaintiff, | ) | |
| | ) | |
|     v. | ) | No. 08 C 462 |
| | ) | Judge St. Eve |
| COUNTY OF COOK, ILLINOIS, a | ) | Mag. Judge Keys |
| municipal corporation, THOMAS | ) | |
| DART, SHERIFF OF COOK COUNTY, | ) | |
| in his official capacity, and | ) | |
| COOK COUNTY SHERIFF'S DEPARTMENT, | ) | |
| a municipal corporation. | ) | |
|     Defendants. | ) | |

<u>**NOTICE OF FILING**</u>

Please take notice that on March 7, 2008 I filed with the Clerk of the Court of the United States District Court for the Northern District of Illinois the attached *Joint Initial Status Report*, which is hereby served upon you.

Respectfully submitted,

/S/   James R. Rowe
James R. Rowe
The Law Firm of Rowe & Associates
205 W. Randolph, Suite 1430
Chicago, Illinois 60606
312.345.1357tel
312.896.0212fax
rowelegal@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2008 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Office of the States Attorney**
**Jamie Sheehan**
**Torts & Civil Rights Litigation Section**
**500 Richard J. Daley Center**
**Chicago, Illinois 60602**

/S/   James R. Rowe
James R. Rowe
The Law Firm of Rowe & Associates
205 W. Randolph, Suite 1430
Chicago, Illinois 60606
312.345.1357tel
312.896.0212fax
rowelegal@gmail.com
ARDC#6277920