UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Michal Nawrot
                             Plaintiff,

v.                                            Case No.: 1:08−cv−00462
                                                                Honorable Amy J. St. Eve

County Of Cook Illinois, et al.
                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 17, 2008:

      MINUTE entry before Judge Honorable Amy J. St. Eve:Case called for status, counsel appears late. Case referred to Magistrate Judge Keys to conduct a settlement conference. Rule 26(a)(1) disclosures due 3/31/2008. Written discovery to be issued by 4/7/2008. Fact discovery ordered closed by 6/30/2008. Expert discovery ordered closed by 7/31/2008. Dispositive motions with supporting memoranda due by 9/2/2008. Status hearing set for 5/5/2008 at 08:30 AM.Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.