# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Michal Nawrot

                              Plaintiff,

v.                                                   Case No.: 1:08−cv−00462

                                                           Honorable Amy J. St. Eve

County Of Cook Illinois, et al.

                              Defendant.

## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Arlander Keys for the purpose of holding proceedings related to: SETTLEMENT CONFERENCE.(tmh, )Mailed notice.

Dated: March 17, 2008

                                                                                            /s/ Amy J. St. Eve

                                                                              United States District Judge