UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAL NAWROT, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 462 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Amy St. Eve |
| COUNTY OF COOK, ILLINOIS, a | ) | |
| Municipal corporation, THOMAS DART, | ) | |
| SHERIFF OF COOK COUNTY, in his official | ) | |
| Capacity, and COOK COUNTY SHERIFF'S | ) | |
| DEPARTMENT, a municipal corporation. | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To:   James R. Rowe, Esq.
      Rowe & Associates
      205 West Randolph, Ste 1430
      Chicago, Illinois 60606

**PLEASE TAKE NOTICE** that on April 23, 2008 at 8:30 a.m., I shall appear before the Honorable Amy St. Eve in the courtroom usually occupied by her in Room 1241 of the United States District Court, Northern District of Illinois, Eastern Division, and present the attached Motion to Dismiss.

                                RICHARD A. DEVINE
                                State's Attorney of Cook County

                        By:   S/ Jamie M. Sheehan
                                Jamie M. Sheehan
                                Torts/Civil Rights Litigation Section
                                500 Richard J. Daley Center
                                Chicago, Il 60602
                                (312) 603-6772