CERTIFICATE OF SERVICE

I, Jamie M. Sheehan, Assistant State's Attorney, hereby certify that the attached was served upon above-named individual on April 7, 2008, pursuant to the rules governing electronic filing as provided for by the United States District Court for the Northern District of Illinois.

/s/Jamie M. Sheehan