UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAL NAWROT, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 462 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Amy St. Eve |
| COUNTY OF COOK, ILLINOIS, a | ) | |
| Municipal corporation, THOMAS DART, | ) | |
| SHERIFF OF COOK COUNTY, in his official | ) | |
| Capacity, and COOK COUNTY SHERIFF'S | ) | |
| DEPARTMENT, a municipal corporation. | ) | |
| | ) | |
| Defendants. | ) | |

**AMENDED
NOTICE OF MOTION**

To:   James R. Rowe, Esq.
      Rowe & Associates
      205 West Randolph, Ste 1430
      Chicago, Illinois 60606

**PLEASE TAKE NOTICE** that on April 30, 2008 at 8:30 a.m., I shall appear before the Honorable Amy St. Eve in the courtroom usually occupied by her in Room 1241 of the United States District Court, Northern District of Illinois, Eastern Division, and present the attached Motion to Dismiss.

RICHARD A. DEVINE
State's Attorney of Cook County

By:   S/ Jamie M. Sheehan
      Jamie M. Sheehan
      Torts/Civil Rights Litigation Section
      500 Richard J. Daley Center
      Chicago, Il 60602
      (312) 603-6772