<u>CERTIFICATE OF SERVICE</u>

I, Jamie M. Sheehan, Assistant State's Attorney, hereby certify that the attached Amended Notice of Motion was served upon above-named individual on April 10, 2008, pursuant to the rules governing electronic filing as provided for by the United States District Court for the Northern District of Illinois.

<u>/s/Jamie M. Sheehan</u>