## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Michal Nawrot

                                   Plaintiff,

v.                                                        Case No.: 1:08−cv−00462

                                                                      Honorable Amy J. St. Eve

County Of Cook Illinois, et al.

                                  Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 28, 2008:

      MINUTE entry before Judge Honorable Amy J. St. Eve:( Status hearing set for 5/5/2008 is stricken and reset to 5/19/2008 at 08:30 AM. Notice of MOTION by Defendants County Of Cook Illinois, Cook Conty Sheriff's Department to dismiss plaintiff39;s complaint [14] noticed for presentment on 4/30/2008 is stricken and reset to 5/19/2008 at 8:30 AM)Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.