**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Michal Nawrot
                              Plaintiff,
v.                                                        Case No.: 1:08−cv−00462
                                                          Honorable Amy J. St. Eve
County Of Cook Illinois, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, April 25, 2008:

　　　　MINUTE entry before Judge Honorable Arlander Keys:Settlement conference held; the case did not settle at this time. The parties will consider settlement proposals that were put forth during the settlement conference and will confer with each other over the next week. This case involves significant legal issues that are not apparent from the face of the complaint. Status hearing set for 5/5/2008 at 9:00 AM. for a report on the status of the possibility of settlement. (ac, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.