UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Michal Nawrot
                         Plaintiff,

v.                                                     Case No.: 1:08−cv−00462
                                                        Honorable Amy J. St. Eve

County Of Cook Illinois, et al.
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 5, 2008:

      MINUTE entry before Judge Honorable Arlander Keys:Status hearing held; continued to 5/14/08 at 9:00 a.m. Plaintiff only appeared and presented to the Court case law from a district court in another circuit, which he claims is relevant to the issue being considered by the parties in this case. (ac, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.