**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Michal Nawrot
                              Plaintiff,

v.                                                  Case No.: 1:08−cv−00462
                                                    Honorable Amy J. St. Eve

County Of Cook Illinois, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 27, 2008:

MINUTE entry before the Honorable Arlander Keys:The Court was notified by the Parties that they have reached a settlment agreement in this case and will submit a stipulation to dismiss this case before the district judge shortly. Therefore, the settlement conference set for 5/30/08 before this Court is stricken. All matters relating to the referral of this action having been resolved, the case is returned to the assigned judge. Case no longer referred to Honorable Arlander Keys.(ac, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.