UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAL NAWROT, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 462 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Amy St. Eve |
| COUNTY OF COOK, ILLINOIS, a | ) | |
| Municipal corporation, THOMAS DART, | ) | Magistrate Judge |
| SHERIFF OF COOK COUNTY, in his official | ) | |
| Capacity, and COOK COUNTY SHERIFF'S | ) | |
| DEPARTMENT, a municipal corporation. | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION TO DISMISS

IT IS HEREBY stipulated and agreed by and between the parties, MICHAL NAWROT, and COOK COUNTY, by its Attorney, RICHARD A. DEVINE, State's Attorney of Cook County, that the above captioned cause of action be dismissed with prejudice and without costs to any of the parties, all matters in controversy for which said action was brought having been fully settled, compromised and adjourned.

Date this _27_ day of _MAY_, 2008

By: _____        By: _____
      MICHAL NAWROT                        RICHARD A. DEVINE
                                                        State's Attorney of Cook County
                                                        Jamie M. Sheehan
                                                        Assistant State's Attorney

Subscribed and sworn
to before me this _27_
day of _May_, 2008

_____
NOTARY PUBLIC

"OFFICIAL SEAL"
Michelle C Moses
Notary Public, State of Illinois
Commission Expires 1/25/2011