UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Michal Nawrot
                        Plaintiff,

v.                                                     Case No.: 1:08−cv−00462
                                                      Honorable Amy J. St. Eve

County Of Cook Illinois, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 30, 2008:

      MINUTE entry before the Honorable Amy J. St. Eve:Motion to dismiss [14] is denied as moot, pursuant to stipulation to dismiss filed [25] on 5/29/2008. Case is dismissed with prejudice and without costs to any of the parties, all matters in controversy for which said action was brought having been fully settled, compromised and adjourned. Status hearing set for 6/5/2008 is stricken. Civil case terminated. Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.